UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:    Case No. 6:09-bk-03759-KSJ

Trevor Anthony Williams & Gerri Michelle Johnson

Chapter 13

_____ Debtor(s) ____/

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Now comes movant, **The National Unclaimed Property Fund, Inc.**, and respectfully moves the court to enter an order authorizing payment of unclaimed funds to **Gerri Michelle Johnson,** a debtor in the above numbered bankruptcy case. In support of this application, movant respectfully represents as follows:

1. The Trustee appointed by the Court in this case did deposit into the registry of the Court the sum of $1,338.91 per 11 U.S.C. Section 347(a), and specifically named Trevor Anthony Williams & Gerri Michelle Johnson the rightful debtors due this amount.

2. Gerri Michelle Johnson appointed The National Unclaimed Property Fund, Inc., a funds locator and recovery agent, as her Attorney-in-Fact to seek recovery of her share of these funds (50%) or $669.46 of the $1,338.91 in unclaimed funds in this case on her behalf. The original notarized Limited Power of Attorney is attached hereto.

3. Movant has provided herewith various supporting documentation to evidence proper ownership and rights to file this application.

4. Debtors's current address is: Gerri Michelle Johnson, 852A Orienta Ave, Altamonte Springs FL 32701-5643, 1-401-301-3343. **Last Four Digits of SSN**: 6915

5. Upon motion being granted, movant request that payment of the unclaimed funds in the amount of **$669.46 payable to Gerri Michelle Johnson be sent in care of The National Unclaimed Property Fund, Inc., P.O. Box 1320, Blakeslee, PA. 18610-1320.**

Wherefore, movant respectfully requests the Court to enter an Order authorizing payment of the unclaimed dividend due upon this claim.

Date: 4-19-10

Dr. James A. Potter, President & CEO
The National Unclaimed Property Fund, Inc.
Attorney-in-Fact for Gerri Michelle Johnson
P.O. Box 1320
Blakeslee, PA. 18610-1320
Tel. No. (800) 503-0043

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                    Case No. 6:09-bk-03759-KSJ

Trevor Anthony Williams & Gerri Michelle Johnson
                                          Chapter 13
_____ Debtor(s) /

## CERTIFICATE OF SERVICE

Notice is hereby given that on __4-19-10__ a copy of the Motion for Payment of Unclaimed Funds was served on the U.S. Attorney, per 28 U.S.C., Section 2042 at the following address by U.S. Mail:

U.S. Attorney
Attn: Civil Procedures Clerk
400 N. Tampa Street, Suite 3200
Tampa, FL 33602

Date: __4-19-10__

Dr. James A. Potter, President & CEO
The National Unclaimed Property Fund, Inc.
Attorney-in-fact for Gerri Michelle Johnson
P.O. Box 1320
Blakeslee, PA. 18610-1320
Tel. No. (800) 503-0043

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                             Case No. 6:09-bk-03759-KSJ

Trevor Anthony Williams & Gerri Michelle Johnson
                                                   Chapter 13
_____Debtor(s)____/

## AFFIDAVIT OF FUNDS LOCATOR

I, Dr. James A. Potter, hereby state:

1. I am the acting President and CEO of The National Unclaimed Property Fund, Inc. which was appointed "Attorney-in-fact" for Gerri Michelle Johnson, a debtor in the above referenced case.

2. I have made all reasonable efforts to believe to the best of my knowledge that Gerri Michelle Johnson is legally entitled to the unclaimed funds referenced in this motion.

3. To the best of my knowledge and belief, I am familiar with the State of Florida requirements for acting in the capacity as a personal representative (or Attorney-in-fact).

Date: 4-19-10

Dr. James A. Potter, President & CEO
The National Unclaimed Property Fund, Inc.
Attorney-in-Fact for Gerri Michelle Johnson
P.O. Box 1320
Blakeslee, PA. 18610-1320
Tel. No. (800) 503-0043

# AGENT AUTHORIZATION
## LIMITED POWER OF ATTORNEY

(To be used **ONLY** for the recovery of the court funds described herein)

I, **Gerri Michelle Johnson**, herein referred to as **"Claimant"**, with the mailing address of **852A Orienta Ave, Altamonte Springs FL 32701-5643** do hereby nominate and appoint The National Unclaimed Property Fund, Inc. (a nongovernmental national asset location and recovery service corporation) herein referred to as "Agent" as Claimant's agent and true attorney-in-fact **ONLY** to petition the court for and recover the unclaimed funds described herein that may be legally due and owed to Claimant. Claimant authorizes Agent to act on Claimant's behalf, to execute, endorse, accept and deliver all checks, drafts, notes, warrants, acknowledgements, claim forms, affidavits, releases, and any other instruments necessary in the collection of these funds and to deliver said funds to Claimant, less agreed upon fee, to the signatory below.

**The assets to which Claimant is entitled are described herein as fifty percent (50%) or $669.46 of the Unclaimed Court Funds totaling $1,338.91 from Bankruptcy Case No. 6:09-bk-03759-KSJ; Debtor: Trevor Anthony Williams & Gerri Michelle Johnson; in the United States Bankruptcy Court Middle District of Florida.**

The Claimant does hereby grant the Agent every power necessary to carry out the limited purposes for which this Agent Authorization/Limited Power of Attorney is granted.

The rights, powers, and authority of Claimant's Agent herein granted shall commence and be in full force and effect from the date Claimant signs this Agent Authorization/Limited Power of Attorney and such rights, powers, and authority shall remain in full force and effect thereafter until funds are collected or six (6) months from the date this document was executed, whichever comes first. This duly executed authorization does hereby annul, cancel, revoke, and terminate all rights, powers, authorities and privileges set forth in any previously signed Power of Attorney pertaining to these funds.

If Claimant's name and/or address are different then what is listed in paragraph #1 above, please enter here:

| Claimant Name | Address | City | State | Zip |

Signed: _Gerri M. Johnson_ Claimant    Date: _April 13, 2010_

Last 4 digits of SSN: _6915_

***

## NOTARY ACKNOWLEDGMENT

State of _Florida_, County of _Seminole_

On this _13th_ day of _April_, 20_10_, before me, the undersigned Notary Public in and for the said County and State personally appeared (name) _Gerri M. Johnson_, known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that he/she did so freely and voluntarily and for the uses and purposes therein mentioned.
WITNESS my hand and official seal.

**NOTARY SEAL**

AMY N. KIMMELL
MY COMMISSION # DD734595
EXPIRES November 15, 2011
(407) 398-0153  FloridaNotaryService.com

NOTARY PUBLIC

My commission expires on _11/15/11_

# AFFIDAVIT

I, **Gerri Michelle Johnson** ("Affiant"), am a resident of Altamonte Springs (City), County of Seminole, State of Florida, and do hereby certify, swear or affirm, and declare that I am competent to give the following Affidavit based on my personal knowledge, unless otherwise stated, and that the following facts and things are true and correct to the best of my knowledge:

That I am the debtor known as **Gerri Michelle Johnson** in the case concerning **Trevor Anthony Williams & Gerri Michelle Johnson** in **Bankruptcy Case No: 6:09-bk-03759-KSJ**, in the United States Bankruptcy Court Middle District of Florida and that I formerly lived and/or received mail at **1220 Abbeyville Road, Orlando FL 32808** which is the address of record on file with the court in this case.

_Gerri M. Johnson_
**Signature of Affiant**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTARY ACKNOWLEDGMENT

State of Florida, County of Seminole

On this 13th day of April, 2010, before me, the undersigned Notary Public in and for the said County and State personally appeared (name) Gerri M. Johnson, known to me to be the affiant in the foregoing affidavit, and having been by me duly sworn deposes and says that the facts set forth in the above affidavit are true and correct.
WITNESS my hand and official seal.

**NOTARY SEAL**

AMY N. KIMMELL
MY COMMISSION # DD734595
EXPIRES November 15, 2011
(407) 398-0153    FloridaNotaryService.com

**NOTARY PUBLIC**

My commission expires on 11/15/11

# Litton Loan Servicing

**SEND PAYMENTS TO:**
P.O. Box 4387
Houston, TX 77210-4387

*[handwritten: 800-247-9727]*

32225-014979-003    *[handwritten: Charge off 4834]*
GERRI JOHNSON
TREVOR WILLIAMS
1220 ABBEYVILLE RD
ORLANDO FL 32808-6302

*[handwritten: Proof of reported address for debtor on file with court]*

## Monthly Statement

| | |
|---|---|
| STATEMENT DATE | 09/14/2009 |
| LOAN NUMBER | 0040461■ |
| CONTRACTUAL PAYMENT DATE | 06/01/2008 |
| PROPERTY ADDRESS: | 1220 Abbeyville Rd, Orlando FL 32808 |
| PRINCIPAL AND INTEREST | 856.68 |
| ESCROW AMOUNT | 0.00 |
| ADDITIONAL AMOUNT REQUIRED | 0.00 |
| MISCELLANEOUS | |
| **TOTAL MONTHLY PAYMENT** | **856.68** |
| DEFERRED BALANCE | 0.00 |

## Payment Options

**Pay By Mail**
P.O. Box 4387
Houston, TX 77210-4387

**Pay By Phone**
(800) 999-8501
Press Option 3

**Western Union**
Code City: Litton
Code State: Texas

## Loan Information

| | |
|---|---|
| *PRINCIPAL BALANCE | 121,251.39 |
| ESCROW BALANCE | -8,599.35 |
| SUSPENSE BALANCE | 1,390.94 |
| CURRENT INTEREST RATE | 7.3500 |

* This is not a payoff balance.

Refer to back of statement for additional information.

## Transactions Since Last Statement

| TRANSACTION DATE | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | PRINCIPAL | INTEREST | ESCROW | SUSPENSE / FEE OTHER |
|---|---|---|---|---|---|---|

We are unable to display any transactions that may have occurred since the last statement date at this time.

*[handwritten notes: "If they pay the insurance payment..." "Forced sale date!"]*

## Important Messages

If you are not obligated on the debt or if the debt has been discharged in a bankruptcy proceeding, this is for informational purposes only and is not an attempt to assess or collect the debt from you personally.

*[handwritten signature: Dayka Taylor 713-799-4265]*

TEAR HERE

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT AND KEEP TOP PORTION FOR YOUR RECORDS. DO NOT STAPLE PAYMENT.



COPY OF PERSONAL ID
FOR DEBTOR

## UNITED STATES BANKRUPTCY COURT
### Middle District of Florida
### Orlando Division

Trevor Anthony Williams

Gerri Michelle Johnson

Case Number: 6:09-bk-03759-KSJ

Chapter 13

**Debtors**

### Report of Unclaimed Funds

COMES NOW, Laurie K. Weatherford, Trustee, and respectfully shows that, pursuant to orders dismissing cases, orders of conversion, and orders of distribution, as shown below, she has made distribution of all monies received. All checks have cleared with the exception of the following:

| Check Nbr. | Amount | Claimant Name & Address |
|---|---|---|
| 1066896 | $1,338.91 | Trevor Anthony Williams & Gerri Michelle Johnson, 1220 Abbeyville Road, Orlando, FL 32808 |

1. That the distribution mailed to the above-listed claimants at the address listed above has either been returned by the United States Postal Service marked "Forwarding Time Expired/Unable to Forward" or the Trustee has stopped payment on all outstanding checks.

2. Those checks which were undeliverable by the United States Postal Service are in the Trustee's files.

3. Pursuant to the provisions of 11 U.S.C., Section 347, these funds are now being turned over to the Court.

4. That the Trustee has attached hereto funds totaling $1,338.91 for this case, which

is payable to Clerk, U.S. Bankruptcy Court/Court Registry.

5. That the Claimant which is entitled to these funds is listed above at their address as listed in the Court's records.

6. A copy of this notice and the original check has been sent to the U.S. Bankruptcy Court, c/o Financial Administrator, 801 North Florida Ave., Suite 727, Tampa, FL 33602-3899.

Respectfully submitted on this 19th day of March, 2010.

/S/ Laurie K. Weatherford
Laurie K Weatherford
Chapter 13 Trustee
Samuel R Pennington
Attorney for Trustee
FL Bar No. 0779326
PO Box 3450
Winter Park, FL 32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
E-mail: info@c13orl.com