UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION



In re:  Case No. 6:09-bk-03759-KSJ

Trevor Anthony Williams & Gerri Michelle Johnson

Chapter 13

Debtor(s)    /

## ORDER DIRECTING RELEASE OF UNCLAIMED FUNDS

This case came before the Court upon the motion filed by The National Unclaimed Property Fund, Inc., representing Gerri Michelle Johnson, a party in the above referenced case, for release of funds being held in the Court's registry account of unclaimed funds. Upon consideration the Court finds that the party has furnished all necessary documentation and otherwise has complied with the requirements for release of the unclaimed funds seeking an entry of an order authorizing payment of unclaimed funds.

**IT IS ORDERED** that the motion is granted and that the Clerk of Court shall pay the unclaimed funds in the amount of $669.46 to Gerri Michelle Johnson in care of The National Unclaimed Property Fund, Inc., P.O. Box 1320, Blakeslee, PA. 18610-1320

DATED: 5/7/10

United States Bankruptcy Judge
KAREN S. JENNEMANN

Copy furnished to Financial Administrator
United States Attorney